Benítez, Demandante y Apelado, *v.* Díaz, Demandado y Apelante.

Apelación procedente de la Corte de Distrito de Humacao en pleito · sobre cobro de dinero.

No. 2273.—Resuelto en julio 9, 1920.

Desestimación de Apelación—Notificaciones—Aprobación de la Transcripción—Exposición del Caso.—Un apelante que no ha radicado la transcripción del record en la secretaría de la Corte Suprema dentro de los 30 días de haber sido aprobada por el Juez la transcripción de la evidencia o el pliego de excepciones y exposición del caso, o de la prórroga, no puede resistir una moción de desestimación del recurso apoyándose en el hecho de que el secretario no le comunicó o le comunicó erróneamente· la aprobación impartida por el juez, pues no es obligación del secretario hacer tal notificación.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. L. Llorens.*
Abogado del apelado: *Sr. F. González.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Según certificación librada por el secretario de la corte inferior el demandado interpuso apelación contra la sentencia recaída en el pleito número 5600 sobre cobro de dinero; la transcripción de los procedimientos para la apelación fué aprobada por la corte el 29 de marzo de 1920 y al día siguiente el secretario se lo notificó a las partes. Fundada la parte apelada en esos hechos y en que la transcripción no ha sido presentada en este Tribunal Supremo nos pidió el 28 de ju-

nio último que desestimemos el recurso de apelación esta-
blecido por el demandado.   A esta moción se opuso el apelante alegando que no ha sido notificado de que la corte inferior haya aprobado la transcripción de la evidencia y que
si bien a principios de abril recibió una notificación en tal
sentido, dicha notificación tiene el número 5410 de un pleito
de retracto entre las mismas partes que ya entonces se hallaba en este Tribunal Supremo en tramitación, por lo que
no pudo comprender esa notificación.

La Ley No. 27 de 27 de noviembre de 1918 dispone que
en los casos de apelación y en sustitución de la exposición
del caso que ordena el artículo 299 del Código de Enjuiciamiento Civil el apelante puede pedir a la corte sentenciadora
que disponga que el taquígrafo haga una transcripción de la
evidencia que, mediante ciertos trámites será certificada por
el juez y así aprobada constituirá y formará parte del legajo
de la sentencia.   Esta ley fué enmendada en su sección 3ª.
referente a quienes pueden pedir prórrogas para preparar
la transcripción de la evidencia por la Ley No. 81 de 26 de
junio de 1919, página 675; y enmendó también el artículo
299 del Código de Enjuiciamiento Civil disponiendo, entre
otras cosas, que aprobado por el juez el pliego de excepciones y la exposición del caso pasará a formar parte del legajo
de la sentencia.

En ninguna de esas dos leyes se impone al secretario de
la corte el deber de notificar a las partes la aprobación hecha por el juez de la transcripción de la evidencia verificada
por el taquígrafo o del pliego de excepciones y de exposición del caso preparada por la parte apelante por lo que no
puede servir de defensa en este caso a la parte apelante el
que el secretario no le notificara la aprobación que el juez
hizo de la transcripción de la evidencia que presentó el taquígrafo por petición del apelante, ni que la notificación que
voluntariamente le hizo el secretario fuera errónea y le produjera dudas, fáciles de desvanecer en el caso presente, porque según la propia manifestación del apelante el pleito de

retracto a que se refería la notificación ya estaba entonces en este Tribunal Supremo. En el procedimiento civil vigente no hay más notificaciones que las que la ley expresamente ordena que se hagan pues supone que los abogados o la parte están pendientes de sus asuntos. *Guardian Assurance Company* v. *López Acosta, Juez de Distrito*, 24 D. P. R. 637.

No habiendo presentado la parte apelante la transcripción de los autos en este Tribunal Supremo dentro de los treinta días siguientes a la aprobación por el juez de la transcripción de la evidencia, según dispone el último párrafo del artículo 2°. de la Ley No. 81 citada enmendando el artículo 299 del Código de Enjuiciamiento Civil, debe declararse con lugar la moción del apelado y desestimarse el recurso.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.